United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,

v.

NANCY JO FERRARI, et al.,

        Defendants.

Case No. 20-cv-04690-SVK

**ORDER CONTINUING DISMISSAL DEADLINE AND HEARING ON ORDER TO SHOW CAUSE**

Having reviewed Plaintiff's response to the Order to Show Cause (Dkt. 21), the Court hereby **CONTINUES** the hearing on the Order to Show Cause, currently scheduled for November 24, 2020, to **December 15, 2020 at 1:30 p.m.** The parties must file a dismissal or updated response to the Order to Show Cause no later than **December 8, 2020.**

**SO ORDERED.**

Dated: November 16, 2020

_____
SUSAN VAN KEULEN
United States Magistrate Judge